# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0005
_____

MARK JASON DAVIS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

Petition for Writ of Mandamus—Original Proceeding.


January 15, 2025

PER CURIAM.

Upon consideration of the response docketed September 23, 2024, and the supplemental response, docketed September 30, 2024, the court converts what originally was filed as an appeal to a mandamus proceeding. *See* Fla. R. App. P. 9.040(c). The court treats the initial brief, docketed October 21, 2024, as a petition for writ of mandamus. We dismiss because a defendant does not have a clear legal right to the trial court's consideration of a supplemental claim under Florida Rule of Criminal Procedure 3.850 where the claim was filed more than two years after his judgment and sentence became final.

DISMISSED.

B.L. THOMAS, WINOKUR, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Mark Jason Davis, pro se, Appellant.

Ashley Moody, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.